Eugene Ernst JACKSON,
Petitioner–Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 09–8226.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 7, 2010.

Eugene Ernst Jackson, Appellant Pro Se. Michael Joseph Leotta, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Ernst Jackson appeals the district court's order denying his motion for Writ of Audita Querela pursuant to the All Writs Act, 28 U.S.C. § 1651 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jackson v. United States,* Nos. 1:09–cv–02778–WMN; 1:01–cr–00464–WMN, 2009 WL 3633342 (D.Md. Oct. 28, 2009). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*